

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email:  sbrauerman@bayardlaw.com

November 30, 2020

**BY CM/ECF**

The Honorable Maryellen Noreika  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

Re: *Brunner v. Dyve Biosciences, Inc. et al*, C.A. No. 19-1663-MN

Dear Judge Noreika:

Please see the attached correspondence my office received from Mr. Brunner regarding engagement of new counsel in this matter.

Should Your Honor have any questions or require any additional information, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (#4952)

Enclosure

CC: all counsel of record via CM/ECF