The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

November 30th, 2020

*RE: Brunner vs Dyve Biosciences, Inc., C.A. No. 1 : 19-cv-01663-MN (D. Del.)*

Dear Judge Noreika:

I am objecting to my counsel's motion to withdraw until I can engage new counsel. My current counsel has previously stated both orally and in writing that they would continue to represent me until the court granted a motion to withdraw. However, they have now stated that they will not be representing me in responding to the defendant's motion to leave.

I am seeking new counsel, but I have been informed by numerous potential attorneys that they are unable to engage as they cannot satisfy their ethical obligations under the accelerated discovery schedule for which current counsel has advocated. Accordingly, I have been unable to engage new representation in advance of today's deadline to respond to the defendant's motion to leave. I am unable to represent myself pro se.

I would therefore like to request that the court postpone the deadline to respond to the defendant's motion to leave until the court has ruled on the plaintiff's pending motion for counsel to withdraw.

Very respectfully submitted,

*Seth Brunner*